JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 22-2323-JFW(PDx)**                                              Date: June 23, 2022

Title:   Andrew Lockhart -v- Guitar Center Stores, Inc.

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                                              **None Present**
    Courtroom Deputy                                          Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**                    **ATTORNEYS PRESENT FOR DEFENDANTS:**
                      None                                                                                        None

**PROCEEDINGS (IN CHAMBERS):**         **ORDER OF DISMISSAL**

      In the Notice of Settlement filed on June 22, 2022, Docket No. 19, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before August 23, 2022.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until August 23, 2022.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.


Initials of Deputy Clerk   sr